UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re

Patrick Fioriglio

                     Debtor.

----------------------------------------------------------x

Case No. 1-16-40602-nhl

Chapter 13

## ORDER TO SHOW CAUSE

WHEREAS, on February 16, 2016, Patrick Fioriglio (the "Debtor") filed a *pro se* petition for relief under chapter 13 of the bankruptcy code; and

WHEREAS, on March 5, 2016, Joshua Bernstein filed a notice of appearance on behalf of the Debtor; and

WHEREAS, on April 17, 2002, the Hon. Edward R. Korman issued an Order that Joshua Bernstein "be and hereby is disbarred from the practice of law before this Court and that [Joshua Bernstein's] name be stricken from the Roll of Attorneys of this Court"; now, it is hereby

ORDERED, that Joshua Bernstein appear and show cause on **August 25, 2016 at 12 noon**, before the Hon. Nancy Hershey Lord, United States Bankruptcy Court, Eastern District of New York, Courtroom 2529, 271-C Cadman Plaza East, Brooklyn, NY 11201, why he should not be sanctioned for appearing as an attorney in this case.

TO:

**Patrick Fioriglio**
3801 Oceanview Ave.
Brooklyn, NY 11224

**Joshua Bernstein**
PO Box 402
New York, NY 10163-0402

**Marianne DeRosa**
Standing Chapter 13 Trustee
125 Jericho Tpke
Suite 105
Jericho, NY 11753

**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

|  |  |
|---|---|
| **Dated: July 16, 2016** | _/s/ Nancy Hershey Lord_ |
| **Brooklyn, New York** | **Nancy Hershey Lord** |
|  | **United States Bankruptcy Judge** |